# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Clark, Sr., Stephen R. | United States District Court-Eastern District of Missouri | 05/15/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2020 **to** 12/31/2020 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

111 S. 10th Street
Room 14.150
Saint Louis, MO 63102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Sole member | Clark Law Firm, LLC d/b/a RUNNYMEDE law group |
| 2. | Member, (share held under Trust Agreement #1) | ▮▮▮▮▮ |
| 3. | Shareholder (share held under Trust Agreement#1) | ▮▮▮▮▮ |
| 4. | Trustee | Trust Agreement #1 |
| 5. | Advisor | ▮▮▮▮▮▮▮ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 05/22/2019 | Stephen R. Clark, Sr. and RUNNYMEDE law group agreee that RUNNYMEDE law group will pay Stephen R. Clark, Sr. all net income of the firm. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Sr., Stephen R. | 05/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University Antonin Scalia Law School - Law and Economics Center | September 27-October 2, 2020 | Sage Lodge | Legal education. | Transportation, hotel, and meals. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clark, Sr., Stephen R.** | 05/15/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔**    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Bank | credit card | J |
| 2. Collector of Revenue | property tax bill | None |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Sr., Stephen R. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. UMB Bank Personal Accounts | B | Interest | N | T | | | | | |
| 2. HSA Optum Bank Account | | None | K | T | | | | | |
| 3. HSA Optum Investment Account (H) | | | | | | | | | |
| 4. -American Funds Capital World (CWGFX) | A | Dividend | | | Sold | 03/25/20 | J | | |
| 5. -American Funds Cap World GR & Inc. R6 (RWIGX) | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 6. -BlackRock Equity Dividend K Fund (MKDVX) | A | Dividend | J | T | | | | | |
| 7. -Goldman Sachs Gr & Inc. Strat (GOIAX) | A | Dividend | J | T | | | | | |
| 8. -John Hancock Fundamental Large Cap Core Equity (TAGRX) | | | | | Sold (part) | 03/25/20 | J | | |
| 9. | | | | | Sold | 03/25/20 | J | | |
| 10. -John Hancock Fundamental Large Cap CORE (JLVIX) | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 11. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 12. -John Hancock High Yield A (JHHBX) | A | Dividend | J | T | | | | | |
| 13. -Keely Small Cap Div Value FD (KSDVX) | A | Dividend | J | T | | | | | |
| 14. -Neuberger Berman Genesis Fund (NBGIX) | A | Dividend | J | T | | | | | |
| 15. -PiMCo Real Return Fund (PCRAX) | A | Dividend | | | Sold | 03/25/20 | J | | |
| 16. PiMCo Real Return Fund Institutional Class (PRRIX) | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 17. -Vanguard 500 Index (VFIAX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Sr., Stephen R. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | -Vanguard Global Equity Fund (VHGEX) | A | Dividend | J | T | | | | | |
| 19. | -Vanguard Treasury Money Market (VUSXX) | A | Dividend | J | T | | | | | |
| 20. | -Vanguard Wellington Fund (VWENX) | A | Dividend | J | T | | | | | |
| 21. | Trust #1 (H) | | | | | | | | | |
| 22. | -Shareholder, ▓▓▓▓▓ | | None | K | U | | | | | |
| 23. | Member, RUNNYMEDE law group | F | Distribution | J | U | | | | | |
| 24. | Trust #2 (H) | | | | | | | | | |
| 25. | -Microsoft Corp Stock (MSFT) | A | Dividend | J | T | | | | | |
| 26. | Trust #3 (H) | | | | | | | | | |
| 27. | -Microsoft Corp stock (MSFT) | C | Dividend | N | T | | | | | |
| 28. | -International Business Machines Corp (IBM) | A | Dividend | J | T | | | | | |
| 29. | -Fidelity Government MMKT Capital Reserves (FZAXX) | A | Dividend | L | T | Sold (part) | 06/09/20 | L | | |
| 30. | | | | | | Sold (part) | 12/15/20 | J | | |
| 31. | IRA #1 (H) | | | | | | | | | |
| 32. | -AMCAP Fund A (AMCPX) | D | Dividend | M | T | | | | | |
| 33. | -Capital Income Builder-A (CAIBX) | C | Dividend | M | T | | | | | |
| 34. | -Capital World Bond Fund-A (CWBFX) | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clark, Sr., Stephen R.** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | -Capital World Growth and Income Fund-A (CWGIX) | B | Dividend | M | T | | | | | |
| 36. | -EuroPacific Growth Fund-A (AEGPX) | A | Dividend | M | T | | | | | |
| 37. | -Global Balanced Fund-A (GBLAX) | A | Dividend | L | T | | | | | |
| 38. | -The Growth Fund of America-A (AGTHX) | D | Dividend | M | T | | | | | |
| 39. | -The Investment Company of America-A (AIVSX) | C | Dividend | N | T | | | | | |
| 40. | -New World Fund-A (NEWFX) | A | Dividend | L | T | | | | | |
| 41. | -SMALLCAP World Fund-A (SMCWX) | B | Dividend | L | T | | | | | |
| 42. | -Washington Mutual Investors Fund-A (AWSHX) | C | Dividend | M | T | | | | | |
| 43. | ROTH IRA #1 (H) | | | | | | | | | |
| 44. | -AMCAP Fund A (AMCPX) | B | Dividend | L | T | | | | | |
| 45. | -Capital Income Builder-A (CAIBX) | A | Dividend | K | T | | | | | |
| 46. | -Capital World Bond Fund-A (CWBFX) | A | Dividend | J | T | | | | | |
| 47. | -Capital World Growth and Income Fund-A (CWGIX) | A | Dividend | K | T | | | | | |
| 48. | -EuroPacific Growth Fund-A (AEGPX) | A | Dividend | K | T | | | | | |
| 49. | -Global Balanced Fund-A (GBLAX) | A | Dividend | K | T | | | | | |
| 50. | -The Growth Fund of America-A (AGTHX) | C | Dividend | L | T | | | | | |
| 51. | -The Investment Company of America-A (AIVSX) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Sr., Stephen R. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -New World Fund-A (NEWFX) | A | Dividend | K | T | | | | | |
| 53. -SMALLCAP World Fund-A (SMCWX) | B | Dividend | L | T | | | | | |
| 54. -Washington Mutual Investors Fund-A (AWSHX) | A | Dividend | K | T | | | | | |
| 55. ROTH IRA #2 (H) | | | | | | | | | |
| 56. -Wasatch (WMICX) | D | Dividend | N | T | | | | | |
| 57. ROTH IRA #3 (H) | | | | | | | | | |
| 58. -AMCAP Fund A (AMCPX) | A | Dividend | K | T | | | | | |
| 59. -Capital Income Builder-A (CAIBX) | A | Dividend | J | T | | | | | |
| 60. -Capital World Growth and Income Fund-A (CWGIX) | A | Dividend | K | T | | | | | |
| 61. -EuroPacific Growth Fund-A (AEGPX) | A | Dividend | K | T | | | | | |
| 62. -The Growth Fund of America-A (AGTHX) | B | Dividend | K | T | | | | | |
| 63. -The Investment Company of America-A (AIVSX) | A | Dividend | K | T | | | | | |
| 64. Mass Mutual Whole Life Policy | A | Dividend | L | T | | | | | |
| 65. MOST 529 Individual College Savings Plan #1 (H) | | | | | | | | | |
| 66. -Vanguard Interest Accumulation Portfolio | | None | J | T | Distributed (part) | 12/10/20 | K | C | |
| 67. MOST 529 Individual College Savings Plan #2 (H) | | | | | | | | | |
| 68. -Vanguard Interest Accumulation Portfolio | | None | J | T | Sold (part) | 01/21/20 | K | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Sr., Stephen R. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 05/19/20 | J | | |
| 70. | | | | | Sold (part) | 07/30/20 | K | D | |
| 71. | | | | | Buy (add'l) | 12/10/20 | K | | |
| 72. | | | | | Sold (part) | 12/14/20 | K | D | |
| 73. MOST 529 Individual College Savings Plan #3 (H) | | | | | | | | | |
| 74. -Vanguard Interest Accumulation Portfolio | | | M | T | Sold (part) | 02/20/20 | J | C | |
| 75. | | | | | Buy (add'l) | 04/07/20 | K | | |
| 76. | | | | | Sold (part) | 07/30/20 | J | C | |
| 77. | | | | | Sold (part) | 12/01/20 | K | C | |
| 78. | | | | | Sold (part) | 12/15/20 | J | B | |
| 79. Private College 529 Savings Plan #1 | | None | | | Sold | 04/07/20 | K | B | |
| 80. IRA #2 (H) | | | | | | | | | |
| 81. -Amcap Fund A (AMCPX) | C | Dividend | L | T | | | | | |
| 82. -Capital Income Builder-A (CAIBX) | B | Dividend | L | T | | | | | |
| 83. -Capital World Bond Fund-A (CWBFX) | A | Dividend | K | T | | | | | |
| 84. -Capital World Growth and Income Fund-A (CWGIX) | A | Dividend | L | T | | | | | |
| 85. -EuroPacific Growth Fund-A (AEPGX) | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Sr., Stephen R. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -Global Balanced Fund-A (GBLAX) | A | Dividend | K | T | | | | | |
| 87. -The Growth Fund of America-A (AGTHX) | C | Dividend | L | T | | | | | |
| 88. -The Investment Company of America-A (AIVSX) | B | Dividend | M | T | | | | | |
| 89. -New World Fund-A (NEWFX) | A | Dividend | K | T | | | | | |
| 90. -SMALLCAP World Fund-A (SMCWX) | A | Dividend | K | T | | | | | |
| 91. -Washington Mutual Investors Fund-A (AWSHX) | B | Dividend | L | T | | | | | |
| 92. ROTH IRA #4 (H) | | | | | | | | | |
| 93. -Fidelity Govenment Market (SPAXX) | A | Interest | J | T | Buy | 02/12/20 | J | | |
| 94. | | | | | Buy (add'l) | 12/17/20 | J | | |
| 95. | | | | | Sold (part) | 12/21/20 | J | | |
| 96. Ishares S&P 500 (IVV) | | None | J | T | Buy | 12/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clark, Sr., Stephen R.** | 05/15/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part I: I am a member of        which is an entity that sold its only asset last year.  The entity still exists, which is why I have listed it in Part 1.

2. Part I:  I am no longer the trustee of  Irrev. Trust #1 listed on my previous reports.

3 .Part I: I am no longer the trustee of  Irrev. Trust #2 listed on my previous reports.

4. Part VII, Lines 4-5, 8-11, and 15-16 represent an exchange of assets held in an HSA account made by the fund manager.  The monthly statements do not report any realized gains on the transfers of these assets, and despite my diligent efforts to obtain further information, the fund manager did not provide further details.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** **s/ Stephen R. Clark, Sr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544